IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00711-REB-BNB

JEFFCO SCHOOLS CREDIT UNION a/k/a JEFFCO CREDIT UNION,

Plaintiff,

v.

CUMIS INSURANCE SOCIETY, INC., d/b/a Cuna Mutual Group,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　IT IS ORDERED that the plaintiff's **Motion for Leave to File Amended Complaint and Jury Demand** [Doc. #16, filed 7/16/2007], which is unopposed, is GRANTED.  The Clerk of the Court is directed to accept for filing the **Amended Complaint and Jury Demand** [Doc. # 16-2].

　　　　IT IS FURTHER ORDERED that the hearing on the motion set for **August 2, 2007, at 1:30 p.m.**, is VACATED.

DATED:  July 31, 2007