**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00711-REB-BNB

JEFFCO SCHOOLS CREDIT UNION, a/k/a JEFFCO CREDIT UNION,

    Plaintiff,

v.

CUMIS INSURANCE SOCIETY, INC., d/b/a CUNA MUTUAL GROUP,

    Defendant.

**MINUTE ORDER**[1]

    The matter comes before the court on the **Unopposed Motion to Vacate and Reset Trial** [#22], filed August 14, 2007.  The motion is **DENIED without prejudice** as premature.

    Dated:  August 14, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.