**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-00711-REB-BNB

JEFFCO SCHOOLS CREDIT UNION, a/k/a JEFFCO CREDIT UNION,

 Plaintiff,

v.

CUMIS INSURANCE SOCIETY, INC., d/b/a CUNA MUTUAL GROUP,

 Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

 The matter before the court is the **Stipulated Motion To Dismiss With Prejudice** [#50],

filed January 31, 2008. After careful review of the motion and the file, the court has concluded

that the motion should be granted and that this action should be dismissed with prejudice.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That the **Stipulated Motion To Dismiss With Prejudice** [#50], filed January 31,

2008, is **GRANTED**;

 2. That the Trial Preparation Conference set for June 20, 2008, is **VACATED**;

 3. That the jury trial set to commence July 7, 2008, is **VACATED**; and

 4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

 Dated January 31, 2008, at Denver, Colorado.

 **BY THE COURT:**

 **s/ Robert E. Blackburn**
 **Robert E. Blackburn**
 **United States District Judge**